

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-01018-CV

RICKY D. PARKER AND JAMES MYERS, Appellants

V.

SCHLUMBERGER TECHNOLOGY CORPORATION, Appellee

Appeal from the 268th District Court of Fort Bend County.
(Tr. Ct. No. 14-DCV-218252).

**TO THE 268TH DISTRICT COURT OF FORT BEND COUNTY, GREETINGS:**

Before this Court, on the 17th day of September 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the interlocutory order signed by the trial court on December 18, 2014. Appellant Ricky D. Parker has moved to dismiss his appeal and, after due consideration, we **grant** his motion and **dismiss** his appeal. Appellant James Myers moved this Court for a partial dismissal of his appeal; we **deny** that motion. After submitting the case on the appellate record and the arguments properly raised by Myers, the remaining party, the Court holds that there was reversible error in the trial court's order in the following respects: the trial court erred in denying the motion to compel arbitration and in granting appellee

Schlumberger Technology Corporation's application for a temporary injunction. Accordingly, the Court **reverses** the trial court's order and **remands** the case to the trial court for entry of an order compelling arbitration and staying further non-injunctive proceedings pending completion of the arbitration proceeding.

The Court **orders** that the appellee, Schlumberger Technology Corporation, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 17, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 4, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

